■ CHARLES N. WILKINSON, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30979.) — Judgment unanimously affirmed, without costs of this

appeal to either party. (Resubmission of appeal from judgment of the Court of Claims dismissing a claim for property damage to claimant's automobile and for damages for loss of services of, and medical attendance for, claimant's wife.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.